THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* NATHANIEL DANIELS, Petitioner-Appellant.

(No. 59258; ▮▮▮▮▮)

First District (3rd Division)—February 28, 1974.

PER CURIAM.
McNAMARA, J., took no part.

Paul Bradley, Deputy Defender, of Chicago (Howard B. Augustus, Assistant Appellate Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (James S. Veldman and John M. Cutrone, Assistant State's Attorneys, of counsel), for the People.